

# Fourth Court of Appeals
## San Antonio, Texas

April 17, 2019

No. 04-19-00073-CV

**ADVANCED FOUNDATION REPAIR, L.P.** and Structural Repair, LLC,
Appellants

v.

Jose **MENENDEZ** and Nicole Newman-Menendez,
Appellees

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CI02654
Honorable Norma Gonzales, Judge Presiding

# O R D E R

Appellant's brief in this appeal is past due. Neither the brief nor a motion for extension of time has been filed. We **ORDER** appellant to file, within 10 days of this order, the appellant's brief and a written response reasonably explaining appellant's failure to timely file the brief. If appellant fails to file a brief and the written response by the date ordered, we may dismiss this appeal. *See* TEX. R. APP. P. 38.8(a), 42.3(c).

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of April, 2019.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court